Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

Matthew A. Pare, SBN 258434
LAW OFFICE OF MATTHEW PARE, APC
823 Anchorage Place, Suite 101
Chula Vista, CA 91914

Tel: 619 869-4999
Fax: 619 754-4581
mattparelawca@gmail.com

Attorneys for Defendants
Richard Howard Gorell, Jr., John Stephen Graham, and 8 Ball Tavern, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD HOWARD GORELL, JR., et al., <br><br> Defendants. | CASE NO. 3:15-cv-01589-TEH <br><br> ORDER ~~(Proposed)~~ |

**ORDER** (~~Proposed~~)

It is hereby ordered that the Case Management Conference in civil action number 3:15-cv-01589-TEH styled *J & J Sports Productions, Inc. v. Gorell, Jr., et al.,* is hereby continued from 1:30 PM,

ORDER (Proposed)
CASE NO. 3:15-cv-01589-TEH

1  Monday, July 6, 2015 to   August 31, 2015
2  .
3      Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of
4  Service of this Order with the Clerk of the Court.
5
6
7  **IT IS SO ORDERED**:
8
9
10  _____      Dated: 06/25/2015
11  **THE HONORABLE THELTON E. HENDERSON**
    **United States District Judge**
12  **Northern District of California**
    ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**ORDER (Proposed)**
**CASE NO. 3:15-cv-01589-TEH**