UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> RICHARD HOWARD GORELL, JR., et al., <br><br>  Defendants. | Case No. 15-cv-01589-TEH <br><br> **ORDER REOPENING CASE** |

Following Plaintiff J & J Sports Productions, Inc.'s notification to the Court that this case settled, the Court dismissed the case with prejudice on October 16, 2015.  The order of dismissal provided that the dismissal would be vacated if any party certified to the Court within 90 days that the agreed consideration had not been delivered.  Plaintiff filed such a notification on January 13, 2016 – within the 90-day period.

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the October 16, 2015 Order of Dismissal is set aside, and the Clerk shall reopen the file.

IT IS FURTHER ORDERED that the parties shall appear for a case management conference on **March 14, 2016, at 1:30 PM**, and file a joint case management conference statement on or before **March 7, 2016**.

**IT IS SO ORDERED.**

Dated:   01/14/16                                                          _____
                                                                                         THELTON E. HENDERSON
                                                                                         United States District Judge