UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD HOWARD GORELL, JR., et al., <br><br> Defendants. | Case No. 15-cv-01589-TEH <br><br> **ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |

The Court has reviewed the parties' joint pretrial conference statement, which indicates that the parties have not participated in the mandatory settlement conference ordered by the Court at the September 12, 2016 case management conference. The Court has also spoken with the magistrate judge to whom this case was referred for settlement and confirmed that the scheduled February 28, 2017 settlement conference date was vacated at the request of the parties – one day before it was scheduled to occur – and that the parties have yet to re-schedule the date, despite being offered several available dates by the magistrate judge's courtroom deputy.

With good cause appearing, IT IS HEREBY ORDERED that the pretrial conference and trial dates, along with related deadlines, are VACATED. The parties shall immediately contact the courtroom deputy for Magistrate Judge James to schedule a settlement conference. No later than seven days after the Clerk's notice setting the settlement conference has been filed, the parties shall file a joint statement proposing new trial dates at least three weeks after the date of the settlement conference.

**IT IS SO ORDERED.**

Dated:  03/24/17                                            _____
                                                                              THELTON E. HENDERSON
                                                                              United States District Judge